# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY ANTHONY BUTLER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STU SHERMAN, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 14-1063-RT (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.[1]

---

[1] According to the Notice of Change of Address filed by Butler, he is currently housed at the California Substance Abuse Treatment Facility and State Prison, Corcoran, California. (*See* Docket Entry #11). According to the official California Department of Corrections and Rehabilitation ("CDCR") website (www.cdcr.ca.gov), Stu Sherman is the warden of this facility. *See Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (taking judicial notice of undisputed information posted on government website). In the Answer to Petition for Writ of Habeas Corpus, respondent requests that Kevin Chappell be dismissed as a respondent because the

    IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: March 9, 2015

ROBERT J. TIMLIN
_____
HONORABLE ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE

---

proper respondent is Stu Sherman, the "person who has custody over [the Petitioner]." 28 U.S.C. § 2242. Substitution of the proper party is authorized by Federal Rule of Civil Procedure 25(d). *See also* Rules Governing § 2254 Cases, Rule (2)a. There has been no objection by the petitioner to such a dismissal and substitution. Accordingly, the court GRANTS respondent's request, and DISMISSES Kevin Chappell and substitutes Stu Sherman, Warden of California Substance Abuse Treatment Facility and State Prison, Corcoran, California as the proper respondent in this petition.