JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY ANTHONY BUTLER, | ) | Case No. EDCV 14-1063-RT (KK) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| STU SHERMAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 9, 2015

ROBERT J. TIMLIN
_____
HONORABLE ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE